**J. E. SPENCER et al., Appellants, v. MISSOURI STATE LIFE INSURANCE CO. et al., Appellees (two cases).**

Nos. 831, 833.

Court of Civil Appeals of Texas. Eastland.
Feb. 13, 1931.

Rehearing Denied March 27, 1931.

Lockhart, Garrard & Brown and Vickers & Campbell, all of Lubbock, for appellants.

Jno. B. Daniel, of Temple, and Roscoe Wilson, of Lubbock, for appellees.

LESLIE, J.

The opinion in the case of J. E. Spencer et al. v. Presbyterian Board of Ministerial Relief and Sustentation et al. (Tex. Civ. App.) 36 S. W.(2d) 606, this day decided, disposes of all the questions presented by this appeal. It follows that the judgment of the trial court in the instant case is reversed and the cause remanded, with instructions to the trial court to order the transfer of the cause to Lubbock county. It is so ordered.

**J. E. SPENCER et al., Appellants, v. MISSOURI VALLEY COLLEGE et al., Appellees.**

No. 832.

Court of Civil Appeals of Texas. Eastland.
Feb. 13, 1931.

Rehearing Denied March 27, 1931.

Lockhart, Garrard & Brown and Vickers & Campbell, all of Lubbock, for appellants.

Jno. B. Daniel, of Temple, and Roscoe Wilson, of Lubbock, for appellees.

LESLIE, J.

The opinion in the case of J. E. Spencer et al. v. Presbyterian Board of Ministerial Relief and Sustentation et al. (Tex. Civ. App.) 36 S. W.(2d) 606, this day decided, disposes of all the questions presented by this appeal. It follows that the judgment of the trial court in the instant case is reversed and the cause remanded, with instructions to the trial court to order the transfer of the cause to Lubbock county. It is so ordered.

**J. E. SPENCER et al., Appellants, v. Mrs. Edna Phelps STRAIGHT et al., Appellees.**

No. 834.

Court of Civil Appeals of Texas. Eastland.
Feb. 13, 1931.

Rehearing Denied March 27, 1931.

Lockhart, Garrard & Brown and Vickers & Campbell, all of Lubbock, for appellants.

Jno. B. Daniel, of Temple, and Roscoe Wilson, of Lubbock, for appellees.

LESLIE, J.

The opinion in the case of J. E. Spencer et al. v. Presbyterian Board of Ministerial Relief and Sustentation et al. (Tex. Civ. App.) 36 S.W.(2d) 606, this day decided, disposes of all the questions presented by this appeal. It follows that the judgment of the trial court in the instant case is reversed and the cause remanded, with instructions to the trial court to order the transfer of the cause to Lubbock county. It is so ordered.

**J. E. SPENCER et al., Appellants, v. CITIZENS' SAVINGS BANK & TRUST CO. et al., Appellees.**

No. 835.

Court of Civil Appeals of Texas. Eastland.
Feb. 13, 1931.

Rehearing Denied March 13, 1931.

Lockhart, Garrard & Brown and Vickers & Campbell, all of Lubbock, for appellants.

Jno. B. Daniel, of Temple, and Roscoe Wilson, of Lubbock, for appellees.

LESLIE, J.

The opinion in the case of J. E. Spencer et al. v. Presbyterian Board of Ministerial Relief and Sustentation et al. (Tex. Civ. App.) 36 S.W.(2d) 606, this day decided, disposes of all the questions presented by this appeal. It follows that the judgment of the trial court in the instant case is reversed and the cause remanded, with instructions to the trial court to order the transfer of the cause to Lubbock county. It is so ordered.